UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTRICE C. SMITH, SR., | No. 2:19-cv-02506-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| CVETICH ILIJA, | |
| Defendant. | |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 30, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2019, are adopted in full; and

2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED but the complaint (ECF No. 1) is DISMISSED without leave to amend because this Court lacks

1

jurisdiction; and

    3. The Clerk of Court is directed to close this case.

Dated: January 30, 2020

_____
Troy L. Nunley
United States District Judge

jurisdiction; and

    3. The Clerk of Court is directed to close this case.

Dated: January 30, 2020

_____
Troy L. Nunley
United States District Judge